## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SHAUNA SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No.  04-CV-02459-KHV-JPO |
| | ) |
| **RISK MANAGEMENT** | ) |
| **ALTERNATIVES, INC.,** | ) |
| **and** | ) |
| **RMA MANAGEMENT SERVICES, INC.** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

HAVING CONSIDERED the Stipulation of Dismissal with Prejudice submitted by the Plaintiff and the Defendants,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41 (a)( 1 )(ii).  Each party will bear their own attorneys' fees and costs.

SO ORDERED this 19th day of May, 2005.

s/ Kathryn H. Vratil
Kathryn H. Vratil
Judge, United States District Court